Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALEXANDER V. DOROSHCHUK and NADEZHDA DOROSHCHUK,<br><br>              Plaintiffs,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>              Defendant. | Case No. 3:10-cv-32-TMB |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant Allstate Insurance Company and Plaintiffs Alexander V. Doroshchuk and Nadezhda Doroshchuk, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that the claims that were brought or could have been brought in the referenced action shall be dismissed with prejudice, each party to bear his own costs and attorney's fees.

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

DATED this 24th day of March, 2011, at Anchorage, Alaska.

By: _____
Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Defendant
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK 99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax: (907) 276-2956
[ABA No. 9111079]

DATED this 30 day of March, 2011, at Wasilla, Alaska.

By: _____
Richard L. Harren

Law Offices of Richard L. Harren
Counsel for Plaintiffs
851 E. Westpoint Dr. Ste 202
Wasilla, AK 99654
E-mail: harrenlaw@gci.net
Phone: (907) 376-2355
Fax: (907) 376-9099
[ABA No. 8211118]

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30 2011,
a copy of the foregoing was
served electronically on:

Richard L. Harren, Esq.

s/Alfred Clayton, Jr.
N:\ASM\854\635\PLEADING\STIP DISMISSAL W.PREJUDICE.DOC

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Stipulation for Dismissal With Prejudice         *Doroshchuk v. Allstate*
Page 2 of 2                                       3:10-cv-32-TMB

Case 3:10-cv-00032-TMB   Document 82   Filed 03/30/11   Page 2 of 2